# United States Bankruptcy Court
## Middle District of Florida

In re  **Design Magnifique, Inc.**
Debtor(s)

Case No.  _____
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Design Magnifique, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 15, 2015** | **/s/ James Monroe** |
| Date | **James Monroe 311995** |
| | Signature of Attorney or Litigant |
| | Counsel for **Design Magnifique, Inc.** |
| | **James H. Monroe, P.A,** |
| | **PO Box 540163** |
| | **Orlando, FL 32854-0163** |
| | **407-872-7447 Fax:407-246-0008** |
| | **JamesMonroe@JamesMonroePA.com** |