```
                         United States Bankruptcy Court
                           Middle District of Florida

In re:                                                       Case No. 15-06107-CCJ
Design Magnifique, Inc.                                      Chapter 7
          Debtor
                             CERTIFICATE OF NOTICE
District/off: 113A-6         User: hjeff              Page 1 of 1          Date Rcvd: Jul 16, 2015
                             Form ID: B9B             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2015.
db           +Design Magnifique, Inc.,     2709 Pythagoras Circle,    Ocoee, FL 34761-4477
25651619     +1st Global Capital, LLC,     1250 E. Hallandale BeachBlvd,     Suite 409,
               Hallandale, FL 33009-4624
25651620     +Altus Gloval Trade Solutions,     PO Box 1389,    Kenner, LA 70063-1389
25651621     +Business Financial Ser., Inc,     3301 N. University Dr.,    Suite 300,
               Pompano Beach, FL 33065-4149
25651622     +CP Construction & Investment,     3212 NW 2nd Ave.,    Miami, FL 33127
25651623     +Getty Images,    605 5th Ave., South,    Suite 400,    Seattle, WA 98104-3887
25651624     +Marilyn Russell,    2709 Pythagoras Ct.,    Ocoee, FL 34761-4477
25651626      NCSPlus Incorfporated,    5th Floor,    117 East 24th Street,    Oviedo, FL 32766
25651625     +Najlaa Jalal,    765 Rainfall Dr.,    Winter Garden, FL 34787-5946
25651627     +New Age Dentistry,    Osacar D. Rosario, DMP,     659 W. Juaniata St.,    Clermont, FL 34711-2111
25651629     +PNC Bank, NA,    Shapiro, Fishman & Gache,LLP,     4630 Woodland CorporateBlvd.,    Suite 100,
               Tampa, FL 33614-2429
25651628     +Perla Diaz de Ealy,    1331 Brickely Bay Dr., #2005,    Miami, FL 33131-3681
25651630     +R.W. Jones Contruction, Inc.,     2463 Fort Lane Rd.,    Geneva, FL 32732-9789
25651631     +Shapiro Fishman & Gache, LLC,     Suite 100,    4630 Woodland Corporate Blvd,
               Tampa, FL 33614-2429
25651632     +Sign-A-Rama SW Orlando,    4380 LB McLeod Rd.,     Orlando, FL 32811-5619
25651633     +Yoon Soo Park,    Eun Kyung Park,    6663 Pompeii Rd.,    Orlando, FL 32822-3952

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: jhm@jamesmonroepa.com Jul 16 2015 22:35:15      James H Monroe,
               James H. Monroe, P.A.,    Post Office Box 540163,    Orlando, FL  32854
tr           +EDI: QDDKENNEDY.COM Jul 16 2015 22:28:00      Dennis D Kennedy,    P. O. Box 541848,
               Merritt Island, FL 32954-1848
ust           +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Jul 16 2015 22:36:08
               United States Trustee - ORL7/13,    Office of the United States Trustee,
               George C Young Federal Building,    400 West Washington Street, Suite 1100,
               Orlando, FL 32801-2210
25651617      EDI: FLDEPREV.COM Jul 16 2015 22:28:00      Florida Department of Revenue,    Bankruptcy Unit,
               Post Office Box 6668,    Tallahassee FL 32314-6668
25651618      EDI: IRS.COM Jul 16 2015 22:28:00      Internal Revenue Service,    Post Office Box 7346,
               Philadelphia PA 19101-7346
25651616     +E-mail/Text: Bankruptcy@octaxcol.com Jul 16 2015 22:35:45      Orange County Tax Collector,
               PO Box 545100,    Orlando FL 32854-5100
                                                                                             TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2015 at the address(es) listed below:
              Dennis D Kennedy    trustee@ddkennedy.com, ddkennedy@ecf.epiqsystems.com
              James H Monroe    on behalf of Debtor    Design Magnifique, Inc. jhm@jamesmonroepa.com,
               jamesmonroe@jamesmonroepa.com;cassandra@jamesmonroepa.com
              United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

**FORM B9B** (Chapter 7 Corporation/Partnership No Asset Case) (03/14)                                      Case Number **6:15−bk−06107−CCJ**

# UNITED STATES BANKRUPTCY COURT
Middle District of Florida

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) Corporation listed below was filed on July 15, 2015 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

*Creditors − Do not file this notice with any proof of claim you submit to the court.*
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Design Magnifique, Inc.
2709 Pythagoras Circle
Ocoee, FL 34761

| Case Number:<br>6:15−bk−06107−CCJ | Taxpayer ID/Employer ID/Other Nos.:<br>45−2840309 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>James H Monroe<br>James H. Monroe, P.A.<br>Post Office Box 540163<br>Orlando, FL 32854<br>Telephone number:  407−872−7447 | Bankruptcy Trustee (name and address):<br>Dennis D Kennedy<br>P. O. Box 541848<br>Merritt Island, FL 32954<br>Telephone number:  (321) 455−9744 |

## Meeting of Creditors
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073−1 restricts the entry of personal electronic devices into the Courthouse.

Date: **August 18, 2015**                                                           Time: **09:30 AM**
Location: **George C. Young Courthouse, Suite 1203−B, 400 West Washington Street, Orlando, FL 32801**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801<br>Telephone number:  407−237−8000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
|---|---|
| Hours Open:  Monday − Friday 8:30 AM − 4:00 PM | Date:  July 16, 2015 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

## EXPLANATIONS

FORM B9B (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| \-\- Refer to Other Side for Important Deadlines and Notices \-\- | |
| Voice Case Info. System (McVCIS) | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. |